**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **MARK A. REESE,** ) | |
| ) | |
| **Petitioner,** ) | |
| ) | |
| **v.** ) | **CIVIL ACTION NO. 1:25-00211-JB-N** |
| ) | |
| **PAT MITCHELL,** *Warden*, ) | |
| *Mobile County Metro Jail*, ) | |
| ) | |
| **Respondent.** ) | |

**ORDER**

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge (Doc. 15) entered March 25, 2026, under 28 U.S.C. § 636(b)(1)(B)-(C), Rule 8(b) of the Rules Governing § 2254 Cases in the United States District Courts, and S.D. Ala. GenLR 72(a)(2)(R), is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Petitioner **MARK A. REESE**'s petition for a writ of habeas corpus under 28 U.S.C. § 2241 (Doc. 1) is **DENIED** and **DISMISSED in part without prejudice** as moot to the extent it seeks relief based on denial of a preliminary hearing and otherwise **DISMISSED with prejudice** as meritless. Alternatively, to the extent part of the petition is not moot the petition is **DISMISSED with prejudice** in its entirety as meritless, under Rule 4 of the Rules Governing Section 2254 Cases. It is also **ORDERED** that Reese is not entitled to a Certificate of Appealability in relation to this final adverse order. Finally, the Court certifies that any appeal by Reese of this judgment would be without merit and therefore not taken in good faith. Thus, Reese is not entitled to proceed *in forma pauperis* on appeal of this judgment.

Final judgment shall issue separately in accordance with this order and Federal Rule of Civil Procedure 58.

**DONE and ORDERED** this 18th day of May, 2026.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE